UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DANIEL ALBERTO MEJIA,

Petitioner,

v.

CHRISTOPHER LaROSE,

Respondent.

Case No.: 26-cv-1922-JES-DEB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Before the Court is Petitioner Daniel Alberto Mejia's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner alleges that he initially entered the United States through the Texas border in 2005, and was detained on November 5, 2025 while he was on his way to work. *Id.* at 10. Petitioner further alleges that he received a bond hearing on March 13, 2026 but it was denied by the Immigration Judge ("IJ"), stating that "the Court lacks jurisdiction over the request." ECF No. 1-2 at 7.

Pursuant to the Court's OSC order, Respondent filed a return. ECF No. 4. In the return, Respondent acknowledges that prior orders from this district have directed bond hearings in similar cases and that Respondent does not oppose a bond hearing.

Accordingly, the Court **GRANTS** the petition, and **ORDERS** as follows:

(1)    The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order.

1

26-cv-1922-JES-DEB

At the hearing, Respondents must provide Petitioner with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the bond based on a finding of lack of jurisdiction; and

(2)     Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: April 6, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-1922-JES-DEB